# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BYRON L. CONWAY                                                                                      PLAINTIFF
ADC #113285

v.                                              No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for injunctive relief (docket entry #5) is DENIED.

IT IS SO ORDERED this 7th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE