IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BYRON L. CONWAY
ADC #113285                                                                                           PLAINTIFF

V.                                      No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                                              DEFENDANTS

## ORDER

Separate Defendants Correctional Medical Services and Dr. Peter Edwards ("Medical Defendants") have filed a motion to stay discovery while their motion to dismiss is pending. (Docket entry #32) For good cause shown, the motion to stay discovery as to the Medical Defendants (#32) is GRANTED. The Medical Defendants are not obligated to respond to the discovery requests previously submitted, or any future discovery requests, while their motion to dismiss is pending.

IT IS SO ORDERED this 15th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE