# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BYRON L. CONWAY                                                                                             PLAINTIFF
ADC #113285

v.                                          No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                                                        DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Clinksdale, Caldwell, Minor, Miller, John Doe 1, John Doe 2, Blake, May, Lebel and Ruble are DISMISSED without prejudice and these individuals are DISMISSED as party Defendants to this lawsuit. In addition, Plaintiff's excessive force claim against Defendant Doyle for his participation in removing Plaintiff from his cell is DISMISSED without prejudice; Plaintiff's condition of confinement claim regarding the lack of bedding and the inability to flush his toilet while housed in isolation is DISMISSED with prejudice; Plaintiff's personal property claim against Defendant Ball is DISMISSED without prejudice; Plaintiff's claim that Defendants Pharr, Scott, and Humphrey failed to follow ADC policy is DISMISSED with prejudice; and Plaintiff's claim that Defendants Burl failed to investigate Plaintiff's grievance is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE