# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BYRON L. CONWAY                                                                                          PLAINTIFF
ADC #113285

v.                                           No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After a careful review of the recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's motion for injunctive relief is DENIED. Document #18.

IT IS SO ORDERED this 3rd day of November, 2010.

                                                                                    *J. Leon Holmes*
                                                                                    UNITED STATES DISTRICT JUDGE