**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BYRON L. CONWAY** **PLAINTIFF**
**ADC #113285**

v. No. 5:10CV00225 JLH-BD

**MOSES JACKSON, III,** *et al.* **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion to dismiss submitted by Separate Defendants Correctional Medical Services and Dr. Edwards (Document #30) is GRANTED in part and DENIED in part. Plaintiff's claims against Correctional Medical Services are DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE