**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BYRON L. CONWAY**
**ADC #113285**                                                                   **PLAINTIFF**

**V.**                         **No. 5:10CV00225 JLH-BD**

**MOSES JACKSON, III,** *et al.*                                            **DEFENDANTS**

<u>**ORDER**</u>

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion for partial summary judgment (docket entry #61) is GRANTED. Plaintiff's claims against Separate Defendants Hobbs, Norris, Burl, Sanders, Humphrey, Pharr, Harris, Doyle, Cawly, Gay, Cwright, Scott, and Banks are DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of December, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE