IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BYRON L. CONWAY                                                                                      PLAINTIFF
ADC #113285

v.                                      No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                                                DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Partial Recommended Disposition should be adopted as this Court's findings in all respects.

Dr. Edwards's motion for summary judgment (docket entry #104) is GRANTED, and all claims against Dr. Edwards are DISMISSED with prejudice. Mr. Conway's motion for partial summary judgment (docket entry #78) is DENIED.

IT IS SO ORDERED this 19th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE