**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. CONWAY,                                                                                          PLAINTIFF
ADC #113285

v.                                               No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants Moses Jackson, III, Harrison Foreman, Clarence Kelley, and Todd Ball's motion for summary judgment (docket entry #116) is GRANTED, and Mr. Conway's complaint and amended complaint are DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE