**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. CONWAY,                                                                     PLAINTIFF
ADC #113285

v.                         No. 5:10CV00225 JLH-BD

MOSES JACKSON, III, *et al.*                                         DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE